# United States District Court
## Northern District of Illinois
### Eastern Division

Kenneeth Sherrier            **JUDGMENT IN A CIVIL CASE**

       v.                                      Case Number: 09 C 1768

NCO Financial Systems

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered dismissing this action with prejudice pursuant to Fed. R. Civ. P. 58.

                                                       Michael W. Dobbins, Clerk of Court

Date: 1/5/2010                      /s/ George D. Schwemin, Deputy Clerk